United States Magistrate Judge Honorable David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JULIANNA ANDERSON, | ) | Case No.: 2:20-CV-001163 |
| Plaintiff, | ) ) | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| Commissioner of Social Security, | ) ) | |
| Defendant | ) ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6,586.63, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

PROPOSED ORDER - 1

THA WIN, ATTORNEY
606 Maynard Avenue South, Suite 201
SEATTLE, WA 98104

payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.   Any payment of the fee may also be made to Plaintiff's counsel by electronic funds transfer (EFT).

Dated this 4th day of November, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge

Presented by:

By:/S/Tha Win
Tha Win Attorney #23217
606 Maynard Avenue South
Suite 201
Seattle, WA 98104
Telephone: (206) 903-0289
Fax: (206) 720-9710
E-mail: thawinlaw@yahoo.com
Attorney for Plaintiff